In the Matter of James Forrester.— Referred to Honorable John J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Ernest H. Wallace.— Referred to Honorable Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Joseph Lichtenberg.— Referred to Honorable Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Ingraham, P. J. McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Edward J. Farrelly, Appellant, v. Thomas W. Whittle, as Commissioner of Parks for the Borough of The Bronx, City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Davison* v. *Williams* (213 N. Y. 130), decided by the Court of Appeals November 17, 1914. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Tenement House Department of the City of New York, Respondent, v. Nos. 200 & 202 Manhattan Avenue, Borough of Manhattan, City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Alpha Portland Cement Company, Respondent, v. Gabriel Brothers Construction Company, Appellant.— Judgment affirmed, with costs. No · opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The City of New York, Respondent, v. William Lafferty, the Name " William " Being Fictitious, etc., and Another, Impleaded with Fidelity and Deposit Company of Maryland, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George Morris, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Martin Davis, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Evalyn A. Stump, as Administratrix, etc., Plaintiff, v. William Burns, Defendant.— Exceptions overruled, motion for new trial denied, with costs, and judgment directed dismissing complaint, with costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Scott and Hotchkiss, JJ., dissented.

The People of the State of New York ex rel. William E. Sheehan, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott and Hotchkiss, JJ.